# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXSANN D. ANDERSON, | ) Case No.: 5:19-cv-00261-VEB |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT<br>) ATTORNEYS' FEES AND |
| ANDREW SAUL, | ) EXPENSES PURSUANT TO 28<br>) U.S.C. § 2412(d) AND COSTS |
| Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,150.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   July 28, 2020          /s/Victor E. Bianchini
                               VICTOR E. BIANCHINI
                               UNITED STATES MAGISTRATE JUDGE

-1-